# EXHIBIT A

US006966590B1

(12) **United States Patent**  (10) Patent No.: **US 6,966,590 B1**
Ksiezopolki et al.  (45) Date of Patent: **Nov. 22, 2005**

(54) **TWO-PART SEAL FOR A SLIDE-OUT ROOM**

(76) Inventors: **Edwin E. Ksiezopolki**, 16067 Covington Pkwy., Granger, IN (US) 46530; **Norman L. Newhouse, II**, 16067 Covington Pkwy., Granger, IN (US) 46530

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 2 days.

(21) Appl. No.: **10/712,937**

(22) Filed: **Nov. 13, 2003**

**Related U.S. Application Data**

(60) Provisional application No. 60/469,773, filed on May 12, 2003.

(51) Int. Cl.⁷ .............................. **B60P 3/34**; E06B 7/16
(52) U.S. Cl. .............. **296/26.01**; 296/26.12; 296/165; 52/67; 49/475.1; 49/482.1; 49/493.1; 49/495.1; 49/498.1
(58) Field of Search .................. 296/26.01, 26.08, 296/26.09, 26.12, 26.13, 165, 171, 175, 93, 296/146.9, 154; 52/67; 277/648; 49/475.1, 49/482.1, 493.1, 495.1, 498.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,719,386 | A |   | 3/1973  | Puckett et al. |           |
|-----------|---|---|---------|----------------|-----------|
| 4,361,348 | A |   | 11/1982 | Rapp et al.    |           |
| 4,448,430 | A | * | 5/1984  | Bright         | 277/642   |
| 4,549,761 | A | * | 10/1985 | Lee et al.     | 296/206   |
| 4,955,661 | A | * | 9/1990  | Mattice        | 296/171   |
| 5,237,782 | A | * | 8/1993  | Cooper         | 52/67     |
| 5,785,373 | A | * | 7/1998  | Futrell et al. | 296/26.01 |
| 5,788,306 | A |   | 8/1998  | DiBiagio et al.|           |
| 5,791,715 | A |   | 8/1998  | Nebel          |           |
| 5,894,698 | A |   | 4/1999  | Dewald, Jr. et al. |       |
| 6,007,142 | A | * | 12/1999 | Gehman et al.  | 296/171   |
| 6,048,016 | A |   | 4/2000  | Futrell et al. |           |
| 6,094,870 | A |   | 8/2000  | Stacy          |           |
| 6,108,983 | A | * | 8/2000  | Dewald et al.  | 52/67     |
| 6,152,516 | A |   | 11/2000 | Williams       |           |
| 6,224,126 | B1|   | 5/2001  | Martin et al.  |           |
| 6,401,398 | B1|   | 6/2002  | Panayides et al.|          |
| 6,428,073 | B1|   | 8/2002  | Blodgett, Jr.  |           |
| 6,527,324 | B2|   | 3/2003  | McManus et al. |           |
| 6,572,170 | B2| * | 6/2003  | McManus et al. | 296/26.13 |
| 6,619,726 | B2| * | 9/2003  | Jones          | 296/163   |
| 2002/0078634 | A1 | | 6/2002 | McManus et al. |           |
| 2002/0089213 | A1 | * | 7/2002 | Gehman et al. | 296/171   |

FOREIGN PATENT DOCUMENTS

WO   PCT WO 99/33683   7/1999
WO   PCT WO 02/30705   4/2002

* cited by examiner

*Primary Examiner*—Dennis H. Pedder
*Assistant Examiner*—Greg Blankenship

(57) **ABSTRACT**

A resilient seal is mountable around the edge of an opening in a sidewall of a mobile living quarters through which a slide-out room travels. The seal includes two parts that slide together—a mounting portion and a-bulb seal portion—with the bulb seal portion being compressed when the slide-out room is closed. A wiper seal portion extending from the mounting portion is for contacting the adjacent wall of the slide-out room.

**6 Claims, 2 Drawing Sheets**





FIG.1

FIG.2



FIG.3



FIG.4

US 6,966,590 B1

| 1 | 2 |

# TWO-PART SEAL FOR A SLIDE-OUT ROOM

This Application claims the benefit of provisional U.S. Patent Application No. 60/469,773, filed 12 May 2003.

## FIELD OF THE INVENTION

The invention disclosed herein relates to a seal, and more particularly, a seal usable with a slide-out room in mobile living quarters.

## BACKGROUND OF THE INVENTION

Resilient seals are often placed along the abutting edges of parts, and one such application is found in the field of mobile living quarters having slide-out rooms. A seal is commonly placed along the interface between the slide-out room and the opening in the sidewall of the mobile living quarters to prevent water, debris, and excessive air drafts from entering the interior of the mobile living quarters from the outside. This seal often includes two sub-parts, a bulb seal and a wiper seal, each extending along a side of the opening. The bulb seal is usually placed on either the exterior edge of the sidewall or the interior edge of a flange portion of the slide-out room wall to form a resilient seal between the sidewall and the flange portion of the slide-out room when the room is closed. A separate wiper seal is usually placed along the edge of the sidewall and flexibly protrudes against the adjacent sidewall of the slide-out room so as to be in constant contact with the sidewall at all positions of the room between its open and closed positions. A typical example of such an arrangement can be seen in U.S. Patent Application Publication No. U.S. 2002/0078634 A1, published Jun. 27, 2002. A problem with this type of seal arrangement is that the bulb seal and wiper seal must be mounted separately.

Another known seal arrangement used for the slide-out room includes a pair of bulb seals on opposite sides of a mounting portion, and a wiper seal protruding from an adjacent side of the mounting portion between the bulb seals, as disclosed in U.S. Pat. No. 6,048,016. The mounting portion is mounted to the edge of the sidewall of the mobile living quarters between the two opposite sides with a clip such that the wiper seal maintains flexible contact with the sidewall of the slide-out room. The two bulb portions contact one of two flange portions at either end of the slide-out room at both its open and closed positions to create a seal. This arrangement, however, may not be suitable for easy adaptation to be installed on different slide-out room configurations due to its unitary construction. Another problem is that, after long usage, the seal may disengage from the clip and fall off. If the seal falls off the clip, it can be difficult to access the clip for reinstalling the seal without taking the slide out room completely out of the wall.

Therefore, it would be desirable to have a multi-piece room seal that can be easily adapted for installation on different room configurations. It would also be desirable for the seal to be easily assembled on the exterior of the sidewall during installation to provide a single seal portion providing both a wiper seal for wiping against the sidewall of the slide-out room and a bulb seal for contacting the flange around the outside edge of the slide-out room when it is closed.

## SUMMARY OF THE INVENTION

The invention disclosed herein includes a resilient seal for use with a slide-out room in a mobile living quarters. The seal includes a mounting portion for mounting to a first wall. A bulb seal portion is snap-fitable to the mounting portion. The bulb seal portion extends from the mounting portion for contact with a second wall when the second wall is adjacent the first wall. A wiper seal portion for continuous resilient contact with a third wall spaced from the first wall may be carried by the mounting portion.

One object of the invention is to provide a seal including a bulb seal portion and a wiper seal portion that may be easily adapted for installation on different slide-out room configurations. Another object of the invention is to provide a seal that can be easily assembled and installed around a slide-out room in a mobile living quarters to form a single seal apparatus between the slide-out room and the wall of the mobile living quarters.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other aspects of the invention will be apparent from the following description, with reference to the accompanying drawings, in which:

FIG. **1** shows a mobile living quarters with a slide-out room in an extended position surrounded by the seal of this invention;

FIG. **2** is a fragmentary detail perspective view of the room and seal of FIG. **1**;

FIG. **3** is a fragmentary cross sectional view as seen along line **3**—**3** in FIG. **2**; and,

FIG. **4** is a detailed cross section of the resilient seal parts separated from each other.

## DETAILED DESCRIPTION

Referring now to the drawings, a mobile living quarters **10**, such as a recreational vehicle, is shown having a slide-out room **12**. Mobile living quarters **10** includes a sidewall **14** having an opening **16** through which slide-out room **12** shifts. Slide-out room **12** is of well known form including an interior space generally defined by four sidewalls **18** and an end wall **20**. Slide-out room **12** fits through opening **16** and extends perpendicular to sidewall **14** such that its end wall **20** is adjacent the sidewall of the mobile living quarters when the slide-out room is retracted and spaced from the sidewall when the slide-out room is extended. A flange **22** extends outwardly from the peripheral edge of end wall **20** of the slide-out room to overlap with sidewall **14** of the mobile living quarters when slide-out room **12** is retracted.

A resilient seal **24** is located along the periphery of opening **16** to prevent dirt, water, and other materials from passing from the exterior of the mobile living quarters **10** to its interior. Seal **24** may be made of any sufficiently resilient material such as thermoplastic elastomer. Seal **24** includes a generally flat mounting portion, or clip portion **26** with a lip **27** fitted about the edge of sidewall **14** and a wiper seal portion **28** protruding transversely from the mounting portion toward sidewall **18** of the slide-out room. Wiper seal portion **28** is a flexible, generally planar section with its distal end opposite mounting portion **26** in resilient contact with sidewall **18** such that the wiper seal is flexed against the sidewall to maintain an effective seal with the sidewall at all times during extension or retraction of the slide-out room. Seal **24** further includes a bulb seal portion **30** having a bulb part **33** and a clip part **35** which is slidably connected or snap-fitted to mounting portion **26**.

| 3 | 4 |

Mounting portion **26** includes oppositely extending, rail-like tabs **36, 38** which form a tongue **44** separated from the body of the mounting portion by a groove **46**. Clip part **35** of bulb seal portion **30** includes tabs **32, 34** which form a groove **42** defined in part by opposing flanges **40**. When mounting portion **26** and clip part **35** are connected together, tongues **44** fits into grooves **42**. Tabs **32, 34, 36, 38** all extend lengthwise along seal **24** such that, once fitted together, bulb seal portion **30** may be slid along the length of mounting portion **26**, and are flexible enough to allow them to snap past each other for assembly. Alternatively, clip part **35** of bulb seal portion **30** may be slid into mounting portion **26** from an end of the seal **24**. Preferably, seal **24** is constructed such that mounting portion **26** is more rigid than wiper portion **28**, and such that web **31** and tabs **32, 34** are more rigid than bulb part **33**.

To install seal **24** onto the mobile living quarters about opening **16**, pressure tape **52** having adhesive on both sides is applied to the exterior side of sidewall **14** along the edge of the opening where mounting portion **26** is to be attached. Mounting portion **26** is then located along the exterior edge of opening **16** in the sidewall **14** of the mobile living quarters by abutting lip **27** against the edge of the opening with tabs **36, 38** extending outwardly from the exterior side of sidewall **14** and wiper seal portion **28** extending toward sidewall **18** of the slide-out room. Next, pressure is applied to mounting portion **26** to press the mounting portion against pressure tape **52** to adhere the mounting portion to the sidewall. Fasteners **50** are then inserted through mounting portion **26** into sidewall **14** to firmly secure the mounting portion to the sidewall. Fasteners **50** are preferably screws driven through mounting portion **26** in the space between tabs **36, 38** so as to be hidden behind bulb seal portion **30** when in its mounted position. Next, clip part **35** of bulb seal portion **30** is mounted to mounting portion **26** by either snap fitting grooves **42** about tongues **44** or sliding the bulb seal portion at its groove about the tongue of the mounting portion from one end of the mounting portion. Bulb seal portion **30** is then adjusted in location along mounting portion **26** by sliding the bulb seal portion along the mated tongue **44** and groove **42** connection to its desired final location relative mounting portion **26**. Bulb seal portion **30** may be secured in its final position along mounting portion **26** by placing a fastener **48**, preferably a screw, at an angle through only the internal web **31** of the bulb seal portion and the mounting portion near the end of the seal section. Fastener **48** preferably does not penetrate the bulb part **33** of bulb seal **30** in order to maintain a better seal with room flange **22**. Bulb seal portion **30** may be subsequently replaced by removing fasteners **48** and installing a new section of bulb seal portion without having to replace the wiper portion.

Seal **24** may be easily adapted to fit to different slide-out room configurations by cutting any necessary length. A variety of different corner configurations in the opening **16** may be easily adapted to by cutting the bulb seal portion **30** to a different length than the mounting portion **26**, and the wiper seal portion **28** may be cut to a third length if necessary. A variety of different gaps between the mobile living quarter's sidewall **14** and the slide-out room sidewalls **18** may be easily adapted to by adjusting the lateral position of the mounting portion **26** relative the sidewall **14** or trimming back the wiper seal portion **28**. By mounting the mounting portion **26** and the bulb seal portion **30** to the exterior side of sidewall **14**, subsequent repair and replacement of worn seal parts may be easily performed without having to remove the slide out room **12** from the opening **16** in wall **14**.

The detailed description related herein is only meant to exemplify the preferred embodiment of the invention to enable those skilled in the art to make and use it. The subject invention is not to be limited to the details given above for the preferred embodiment, but may be modified within the scope of the impending claims.

We claim:

1. A resilient seal used in combination with a mobile living quarters having a slide-out room defining an interior space, said mobile living quarters comprising a first sidewall having an exterior side, said first sidewall defining an opening through which said slide-out room is shifted between open and closed positions relative the first sidewall, said slide-out room including a second sidewall spaced from said first sidewall and an end wall defining said interior space, said end wall including a peripheral flange overlapping said first sidewall when said slide-out room is in its said closed position, said seal comprising a mounting portion attached to said first sidewall along said opening and a separate bulb portion, said bulb portion slidably connected to said mounting portion for compressible contact with said flange of said exterior wall when said slide-out room is in its said closed position.

2. The seal and mobile living quarters of claim **1** including a tongue connector carried by one of said mounting portion and said bulb portion and a groove connector carried by the other of said mounting portion and said bulb portion for releasably facilitating the connection of said bulb portion to said mounting portion.

3. The seal and mobile living quarters of claim **1** wherein said seal includes a wiper portion extending from said mounting portion toward said second sidewall, said wiper portion maintaining resilient contact with said second sidewall as said slide-out room shifts between said open and closed positions.

4. The seal and mobile living quarters of claim **3**, and a fastener through said mounting portion for attaching said mounting portion to said first sidewall, an adhesive between said mounting portion and said first sidewall, said fastener covered by said bulb portion.

5. The seal and mobile living quarters of claim **4**, and said mounting portion attached to said exterior side of said first sidewall.

6. A method of attaching a seal to a mobile living quarters having a slide-out room, said mobile living quarters including a first sidewall defining an opening through which said slide-out room shifted between open and closed positions relative the first sidewall, said slide-out room defined by a second sidewall and an end wall, said end wall including a peripheral flange overlapping said first sidewall when said slide-out room is in its said closed position, said seal including an elongated mounting portion and an elongated bulb seal portion, said method comprising the steps:

  a) affixing said mounting portion to said first wall adjacent said opening using both adhesive and mechanical fasteners;

  b) attaching said bulb seal portion so as to locate the bulb portion in compressed engagement with and between said first sidewall and said flange when said slide-out room is in its said closed position;

  c) sliding said bulb seal along said attached mounting to a selected position; and,

  d) maintaining said selected position of said bulb seal portion to said mounting portion by fastening the bulb seal portion to the mounting portion.

\* \* \* \* \*