# EXHIBIT C

Michael D. Marston<br>
mmarston@bhlawyers.net

July 12, 2013

Trim-Lok                         Certified Mail:  7012 2210 0000 8431 6823
Dan Whitener,
Marketing & Development Manager
6855 Hermosa Circle
Buena Park, CA 90622

**Re:** **Infringement of 6,966,590 patent**
       **Our Reference:  697-021.001**

Dear Mr. Whitener:

This firm represents Lifetime Industries, Inc. (LTI) in connection with its intellectual property matters.  LTI owns a number of seal patents including U.S. Patent No. 6,966,590 ('590 patent), which is enclosed for your reference.

It has come to our client's attention that your company is selling a seal that is covered by the '590 patent.  This letter serves as notice of the infringement and further sales of the seal will constitute willful infringement.  Should distribution of your infringing product continue, my client will seek treble damages and attorneys' fees.

In order to mitigate further damages, the following actions are required:

1. Immediate discontinuance of all infringing product; and
2. An accounting of all sales made to date of products practicing the invention which is the subject of the '590 patent

Unless we hear from you by August 1, 2013, LTI will file suit in federal district court.

Sincerely,
BOTKIN & HALL, LLP



Michael D. Marston

cc:    Zahra Rasoulian
        Hugh T. Verano, Registered Agent